# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

140431

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

HI-LO HEIGHTS LAKEFRONT PROPERTY
OWNERS ASSOCIATION,
   Plaintiff-Appellant,

v

               SC: 140431
               COA: 286493
               Jackson CC: 01-002466-CH

COLUMBIA TOWNSHIP, JACKSON COUNTY
ROAD COMMISSION, RICHARD BLAIR,
WANDA L. BLAIR, ROBERT W. BLUNT,
JAY DUBENDORFER, HELEN HAWK, JAMES
L. NEITLING, DONALD NESTOR, JILL E.
ODONAHOE, MICHAEL ODONAHOE,
JACKIE LEE PLUMMER, RYAN SCHRADER,
and VIVIAN ZWICK,
     Defendants,

and

DEPARTMENT OF NATURAL RESOURCES,
CHRISTINE M. BELCHER, DAVID BELCHER,
KATHERINE BURR, SHELLIE D. CHEETHAM,
SCOTT A. CHEETHAM, SANDRA M. COLE,
JACQUELYN DALY, NORMA L. FRANTZ,
PHILLIP J. FRANTZ, MICHAEL HEATH, ROY
M. HOWARD, WALTER D. SHUBERG, JR.,
WILLIAM J. REITZ, JR., SHIRLEY L. KISTKA,
ROBERT J. KISTKA, NANETTE LONG, JOHN
P. LONG, GRETCHEN MARSHALL, VICTOR
MARSHALL, DAWN NESTOR, LEHR G.
NEVEL, ROBERT NEVEL, HELEN NEVEL,
JACK L. PLUMMER, MARGARET PLUMMER,
DEBORAH REITZ, PATRICIA J.
RICHARDSON, RUDOLPH ROCHESTER,
BERNICE ROCHESTER, JEAN SHUBERG,
HOLLY M. SMITH, DONALD E. SMITH,
ROBERT SNYDER, JOAN S. SNYDER, JERRY
L. SPENCER, CHARLOTTE K. SPENCER,

PAMELA A. STANSELL, a/k/a, PAMELA
STANSELL-KENNEDY, SANDRA J.
THOMPSON, TIMOTHY THOMPSON,
RONALD WHIPPLE, CATHY WHIPPLE,
WILLIAM J. WHITE, ALICE J. WHITE, LARRY
WHITING, RAYMOND WILLIAMS, and
ELIZABETH WILLIAMS,

    Defendants-Appellees.

_____/

  On order of the Court, the application for leave to appeal the December 15, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

s0621

               Clerk